**Electronically Filed
Supreme Court
SCPW-25-0000435
06-FEB-2026
08:07 AM
Dkt. 15 ODDP**

SCPW-25-0000435

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

VICTORIA R. KORDA, Petitioner,

v.

THE HONORABLE KATHLEEN N.A. WATANABE,
Judge of the Circuit Court, Fifth Circuit,
State of Hawai'i, Respondent Judge,

and

STATE OF HAWAI'I, Respondent.

_____

ORIGINAL PROCEEDING
(CASE NOS. 5CPC-21-0000193; 5CPC-21-0000194)

ORDER DISMISSING PETITION FOR WRIT OF MANDAMUS WITHOUT PREJUDICE
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge To'oto'o, assigned by reason of vacancy)

Petitioner filed a petition for writ of mandamus on June 5, 2025. Petitioner filed other documents after June 5, 2025. Upon review of these documents, it is difficult to discern the relief sought in this original proceeding. Additionally, the last document was filed on July 16, 2025, and appears to seek

dismissal of this case.  Petitioner has not filed any other documents since the July 16, 2025 document.

It is ordered that the petition is dismissed without prejudice to refiling, if necessary.  The clerk shall process the petition without payment of the filing fees.

DATED:  Honolulu, Hawai'i, February 6, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Fa'auuga L. To'oto'o

2